THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL SARFATE, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating section 986 of the Penal Law (book-making), and from the sentence imposed. Judgment unanimously affirmed. No opinion. No separate appeal

lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.